IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA M. ELMER<br><br>Petitioner<br><br>v.<br><br>JO ANNE B. BARNHART<br><br>Defendant | Civil Action No. 04-2693 |

## ORDER

September   , 2005

Upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment is Denied.

3. The Defendant's Motion for Summary is Granted.

BY THE COURT:

_____
LOUIS H. POLLAK          J.